IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HORACE SELLERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 13-0098-CG-N |
| | ) |
| BOLTTECH MANNINGS, INC., and | ) |
| ALLAN LONG, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 1, 2013 (Doc. 17) is **ADOPTED** as the opinion of this Court, and its is **ORDERED** that plaintiff's motion to remand (Doc. 8) is hereby **DENIED**.

**DONE and ORDERED** this 11th day of June, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE